UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SUSAN COOK,

                Plaintiff,

  -against-                                                                    **ORDER**

PORT WASHINGTON WATER DISTRICT,
JONATHAN LABER, Individually and in his
official capacity, JOHN MAHONEY,
Individually and in his official capacity,
THOMAS MURRAY, Individually and in his          Docket No. 04 CV 3147
official capacity, ITALO VACCHIO,
Individually and in his official capacity, and
PETER MEYER, Individually and in his
official capacity,

                Defendants.
----------------------------------------------------------X

    In January 2005, Defendants moved to dismiss Plaintiff's claims in their entirety. The motions to dismiss are DENIED, but Defendants may re-new their arguments if they so choose in their summary judgment motions.

SO ORDERED.

DATED: Central Islip, NY
~~New York, New York~~
September 14, 2005

Leonard Wexler
United States District Judge