UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SUSAN COOK,

            Plaintiff,                ORDER OF DISCONTINUANCE

    -against-                        CV 04-3147
                                         WEXLER, J.

PORT WASHINGTON WATER DISTRICT,

            Defendant.

----------------------------------------------------------X

        The parties having reported to the Court that the above action has been settled, it is

        ORDERED, that this action is hereby discontinued without costs and without prejudice.[1]

SO ORDERED:

Dated: Central Islip, New York
       February 15, 2006

                                          LEONARD D. WEXLER
                                          UNITED STATES DISTRICT JUDGE

---

[1] Pending submission of final Stipulation and Order.